IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRA WEINER | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 13-CV-02849 |
| Defendant. | : | |

## ORDER

AND NOW, this 29th day of December, 2014, upon consideration of Defendants' Partial Motion to Dismiss, Doc. No. 17, for the reasons stated in the attached Opinion, that Motion is **DENIED**.

BY THE COURT:

 s/Richard A. Lloret
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**